JaVonne M. Phillips, Esq. SBN 187474
Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for: U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, its assignees and/or successors, by and through its servicing agent JP Morgan Chase Bank, NA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 6:12-bk-18702-DS |
| | § | |
| **Antonieta Tovar,** | § | Chapter: 7 |
| | § | |
| Debtor | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus LLP has been retained by U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 in the above-referenced bankruptcy case.

McCarthy & Holthus LLP and U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 hereby request special notice of all matters which must be noticed to pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| JP Morgan Chase Bank, NA | McCarthy & Holthus, LLP |
| Attn: Correspondence Mail | 1770 Fourth Avenue |
| Mail Code LA4-5555 | San Diego, CA 92101 |
| 700 Kansas Lane | (877) 369-6122 |
| Monroe, LA 71203 | |

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8 must be served directly and does not authorize McCarthy & Holthus LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated:  7/9/2012                                  McCarthy & Holthus, LLP

                                                          By: /s/  Rami N. Haddad, Esq.
                                                               Rami N. Haddad, Esq.,

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/10/2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| **TRUSTEE** | **DEBTOR(S) COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Lynda T. Bui (TR) | Matthew Donahue | ustpregion16.rs.ecf@usdoj.gov |
| trustee.ltranbui@shbllp.com | johnbrady.cbg@zoho.com | |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/9/2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Antonieta Tovar, 3883 Buchanan Avenue, Spc 93, Riverside, CA 92503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **7/9/2012** | **David Fry** | **/s/ David Fry** |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**